THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Terry Randall
 Crocker, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-385
Submitted September 1 2007  Filed
 September 21, 2007    
DISMISSED

 
 
 
 Assistant
 Appellate Defender Robert M. Pachak, South Carolina Commission, of Columbia, Terry Randall Crocker, of Pelzer, for Petitioner.
 Assistant
 Attorney General Molly R. Crum, of Columbia, for Respondent.
 PER
 CURIAM:  Petitioner seeks a writ of
 certiorari from the partial grant and partial denial of his application for
 post-conviction relief (PCR).[1]
 
 
 

Because there is
 sufficient evidence to support the PCR judges finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant
 certiorari on petitioners request for belated review of the direct appeal and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).  
On appeal,
 Crockers counsel argues Crockers guilty plea was not entered knowingly and
 voluntarily when he did not demonstrate a knowledge of the law in relation to
 the facts.  Crockers counsel attached a petition to
 be relieved, stating he reviewed the record and concluded this appeal lacks
 merit.  Crocker also submitted a pro se response brief
 reiterating counsels argument and making additional arguments  Pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), after a thorough review of the record, counsels
 brief, and Crockers pro se brief, we dismiss the appeal and
 grant counsels motion to be relieved.[2]
DISMISSED. 
HEARN, C.J., and
 HUFF and KITTREDGE, JJ., concur.

[1]  Crocker argues his plea was not voluntarily made. 
 The PCR judge rejected this argument finding Crockers testimony was not
 credible.  Furthermore, the record from the guilty plea establishes that
 Crocker entered a free, voluntary, and knowing plea.  Because there is evidence
 in the record to support the PCR judges decision, we deny certiorari on Crockers
 allegation his plea was involuntarily made.  See Caprood v. State,
 338 S.C. 103, 109-10, 525 S.E.2d 514, 517 (2000) (explaining that the existence
 of any evidence is sufficient to uphold the PCR judges ruling).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.